| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282<br>Chris Carson, Esq., SBN 280048 |
| 3 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 4 | <u>Mail</u>: PO Box 262490<br>San Diego, CA 92196-2490 |
| 5 | <u>Delivery</u>: 9845 Erma Road, Suite 300<br>San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax<br>ChrisC@potterhandy.com |

Attorneys for Plaintiff, JUAN GARIBAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>     Plaintiff,<br><br>  v.<br><br>SOHEIL SATBANI, in individual and representative capacity as trustee of The Soheil Satbani 2009 Trust dated May 30, 2009; MACLAY ARCO, INC., a California Corporation; and Does 1-10,<br><br>     Defendants, | Case No.: 2:19-CV-03847-MWF-JPR<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: June 21, 2019      /s/ Chris Carson
                                              Chris Carson
                                              Attorney for Plaintiff

Notice of Settlement           -1-              2:19-CV-03847-MWF-JPR