CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Chris Carson, Esq., SBN 280048
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>  Plaintiff,<br><br>  v.<br><br>SOHEIL SATBANI, in individual and representative capacity as trustee of The Soheil Satbani 2009 Trust dated May 30, 2009; MACLAY ARCO, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | **Case:** 2:19-CV-03847-MWF-JPR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Juan Garibay, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Soheil Satbani, in individual and representative capacity as trustee of The Soheil Satbani 2009 Trust dated May 30, 2009 andMaclay Arco, Inc., a California Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 03, 2019          CENTER FOR DISABILITY ACCESS

                              By:  /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff

1